UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-294-2-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | AMENDING JUDGMENT |
| ) | |
| EDWARD REATH, ) | |
| Defendant. ) | |

This matter came before the court on July 17, 2007, on motion of the Government for a reduction in the defendant's previously imposed sentence, pursuant to Rule 35(b)(2)(B), FED. R. CRIM P., due to his substantial assistance to law enforcement authorities. *See* [DE-43]. The Government's motion is ALLOWED, and this court's Judgment of April 26, 2005 [DE-35] is MODIFIED as follows:

By **deleting** therefrom at page 2 of 6, the imprisonment term of 60 months, and **inserting** in lieu thereof a term of **48 months** imprisonment. Except as herein modified, the Judgment of this court in all respects, is RATIFIED as entered.

SO ORDERED.

This the 17th day of July, 2007.

JAMES C. FOX
Senior United States District Judge