# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division
### Docket No. 5:04-CR-294-2F

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Edward Reath** | ) | |

On April 26, 2005, Edward Reath appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Use, Carry, and Possess a Firearm in Furtherance of a Drug Trafficking Offense in violation of 18 U.S.C. § 924(c) was sentenced to the custody of the Bureau of Prisons for a term of 60 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. On July 17, 2007, Reath's sentence was reduced to 48 months in custody pursuant to Rule 35(b)(2)(B). Edward Reath was released from custody and the term of supervised release commenced on April 10, 2008.

From evidence presented at the revocation hearing on August 2, 2011, the court finds as a fact that Edward Reath, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct (Felony Possession with Intent to Sell and Deliver Marijuana, Felony Maintaining a Vehicle/Dwelling Place for the Sale of a Controlled Substance, and Felony Conspiracy to Sell and Deliver Marijuana).
2. Criminal conduct (Misdemeanor Possession of Drug Paraphernalia).
3. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 33 months.

**IT IS RECOMMENDED** that while incarcerated, the defendant participate in intensive substance abuse treatment.

**IT IS FURTHER RECOMMENDED** that the defendant serve his sentence of imprisonment at FCI Butner.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 2nd day of August, 2011.

James C. Fox
Senior U.S. District Judge